LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
FREDERICK H. TURNER, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022 (Tustin)
         (202) 305-0641 (Turner)
Fax:     (202) 305-0506 (Tustin)
         (202) 305-0275 (Turner)

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, *et al.*, | ) | Lead Case No. |
|     Plaintiffs, | ) | 9:19-cv-0056-M-DWM |
|   and | ) | |
| SWAN VIEW COALITION, *et al.* | ) | Member Case No. |
|     Consolidated Plaintiffs | ) | 9:19-cv-0060-M-DWM |
| | ) | |
|   v. | ) | DEFENDANTS' NOTICE OF |
| | ) | CHANGE OF ADDRESS |
| CHIP WEBER, *et al.*, | ) | |
|     Defendants, | ) | |
|   and | ) | |
| DAVID BERNHARDT, *et al.*, | ) | |
|     Consolidated Defendants. | ) | |

In accordance with Local Rule 5.3(a), Defendants hereby notice the change of address for express deliveries for John P. Tustin, counsel of record on behalf of the Defendants in this matter.  Express deliveries (Federal Express, courier etc.) should now be addressed to:

> JOHN P. TUSTIN
> Natural Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> 4 Constitution Square
> 150 M Street NE, Room 3.216
> Washington, DC 20001

All other contact information is the same.  *See* ECF No. 12.


Respectfully submitted on this 12th day of July, 2019.

> LAWRENCE VANDYKE
> Deputy Assistant Attorney General
> Environment and Natural Resources Division
> United States Department of Justice
>
> */s/   John P. Tustin*
> JOHN P. TUSTIN, Senior Attorney
> Natural Resources Section
> FREDERICK H. TURNER, Trial Attorney
> Wildlife and Marine Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Phone:   (202) 305-3022 (Tustin)
>               (202) 305-0641 (Turner)
> Fax:       (202) 305-0506 (Tustin)

(202) 305-0275 (Turner)

KURT G. ALME
United States Attorney

*Attorneys for Defendants*