JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
FREDERICK H. TURNER, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022 (Tustin)
         (202) 305-0641 (Turner)
Fax:     (202) 305-0506 (Tustin)
         (202) 305-0275 (Turner)

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, *et al.*, | ) | Lead Case No. |
|     Plaintiffs, | ) | 9:19-cv-0056-M-DWM |
|   and | ) | |
| SWAN VIEW COALITION, *et al.* | ) | Member Case No. |
|     Consolidated Plaintiffs | ) | 9:19-cv-0060-M-DWM |
| | ) | |
|   v. | ) | DEFENDANTS' NOTICE OF |
| | ) | APPEARANCE AND CHANGE |
| CHIP WEBER, *et al.*, | ) | OF ADDRESS |
|     Defendants, | ) | |
|   and | ) | |
| DAVID BERNHARDT, *et al.*, | ) | |
|     Consolidated Defendants. | ) | |

Defendants hereby enter the appearance of Frederick H. Turner, United States Department of Justice, as counsel of record on behalf of Defendants in the lead case, 9:19-cv-0056-M-DWM.  Service of all papers by U.S. Mail should be addressed as follows:

> FREDERICK H. TURNER
> Trial Attorney
> Wildlife and Marine Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> Benjamin Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611

Express deliveries (Federal Express, courier etc.) should be addressed to:

> FREDERICK H. TURNER
> Trial Attorney
> Wildlife and Marine Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> 4 Constitution Square
> 150 M Street NE, Room 3.1114
> Washington, DC 20001

Mr. Turner's telephone number is (202) 305-0641; his facsimile number is (202) 305-0275; and his email address is: frederick.turner@usdoj.gov.  Counsel has registered with the United States District Court for the District of Montana for electronic filing using the email address set forth above.  Jean E. Williams is the Deputy Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice.  Ms. Williams should not be separately served with Court filings.

Mr. Turner previously entered an appearance in the member case, 9:19-cv-0060-M-DWM, ECF No. 6, but in the time since that notice, the address for express deliveries has changed to the address listed above.  Thus, Defendants hereby notify the Court that all express deliveries in these cases should be addressed to:

>    FREDERICK H. TURNER
>    Trial Attorney
>    Wildlife and Marine Resources Section
>    Environment & Natural Resources Division
>    U.S. Department of Justice
>    4 Constitution Square
>    150 M Street NE, Room 3.1114
>    Washington, DC 20001

All other contact information remains the same and is identical to the information identified above.

Respectfully submitted on this 18th day of July, 2019.

>    JEAN E. WILLIAMS
>    Deputy Assistant Attorney General
>    Environment and Natural Resources Division
>    United States Department of Justice
>
>    */s/ Frederick H. Turner*
>    JOHN P. TUSTIN, Senior Attorney
>    Natural Resources Section
>    FREDERICK H. TURNER, Trial Attorney
>    Wildlife and Marine Resources Section
>    P.O. Box 7611
>    Washington, D.C. 20044-7611
>    Phone:    (202) 305-3022 (Tustin)

        (202) 305-0641 (Turner)
Fax:  (202) 305-0506 (Tustin)
        (202) 305-0275 (Turner)

KURT G. ALME
United States Attorney

*Attorneys for Defendants*